FILED
2024 Mar-26  PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

**Nolan Clark**
Associate
nclark@bradley.com
205.521.8358 direct



<u>**Via Certified Mail, Return Receipt Requested,**</u>
<u>**and US First Class Mail**</u>

February 21, 2024

B&H Brands LLC dba JDog Junk Removal & Hauling
625 Chelsea Station Circle
Chelsea, Alabama 35043-3076

**Notice of Default, Demand for Payment and Reservation of Rights**

Dear Borrower,

  This firm represents Cadence Bank ("<u>Bank</u>") in connection with the indebtedness owing to Bank by B&H Brands LLC dba JDog Junk Removal & Hauling (the "<u>Borrower</u>") under that certain loan in the principal amount of $300,000.00 made by Bank to Borrower (the "<u>Loan</u>"), which Loan is evidenced by, among other things, that certain Note executed by Borrower to the order of Bank in the principal amount of $300,000.00 dated October 25, 2022 (the "<u>Note</u>").

  The Loan is secured by, among other things, that certain Security Agreement executed by Borrower in favor of Bank dated October 25, 2022 (the "<u>Security Agreement</u>" and, together with the Note, the Guaranties (as hereinafter defined), and all other documents or instruments executed or delivered in connection with, or evidencing, securing, guaranteeing or relating to, the Loan, together with all amendments, restatements, renewals, or modifications to the foregoing, shall be referred to herein collectively as the "<u>Loan Documents</u>").

  **Please take notice that Borrower is in default under the Note and Loan Documents for (1) failing to pay the monthly installments of principal and interest as and when due under the Note (the "<u>Payment Default</u>"), and (2) the voluntary chapter 7 bankruptcy filing by Jon Binzer and Brittney Binzer, both of whom guaranteed the Note, in the United States Bankruptcy Court for the Northern District of Alabama, Case No. 24-00215-TOM7 (the "<u>Insolvency Default</u>" and, together with the Payment Default, the "<u>Defaults</u>").**

  **As a result of the Defaults, Bank has and hereby accelerates all indebtedness due and owing under the Note and other Loan Documents and Bank demands payment of the same by Borrower within ten (10) days of the date of this letter. As of February 14, 2024, the indebtedness due and owing under the Loan Documents amounts to $295,477.42, plus all fees and expenses of Bank incurred in the enforcement of the Loan Documents and in collecting or attempting to collect the indebtedness owing under the Loan Documents, including, without limitation, Bank's attorneys' fees and expenses, for which the Borrower is also responsible under the Loan Documents. Additionally, interest is accruing daily on the unpaid principal at the rate of $89.2563875 per day. Please call the undersigned for an updated payoff and/or itemization of the payoff.**

  **Should Borrower fail to remit payment in full of the entire indebtedness due and owing under the Loan Documents within the ten (10) days of the date of this letter, Bank may pursue one or more of its various rights and remedies under the Loan Documents, at law and/or in equity, including, without limitation, foreclosure of its collateral and/or litigation.**

Notice of Default, Demand for Payment and Reservation of Rights
February 21, 2024
Page 2

Nothing herein is or shall be construed as a waiver or release of any right, remedy, or claim available to Bank, and Bank expressly reserves its rights and remedies under the Loan Documents, applicable law, and in equity, including, without limitation, Bank's rights to institute the default rate of interest, accelerate the Loan, foreclose the collateral securing the Loan, and/or commence suit.  Without limiting the foregoing, no failure to exercise any rights or remedies available to Bank and no delay in exercising any such rights or remedies shall operate as a waiver of any rights or remedies which Bank may have under the Loan Documents, applicable law, and in equity – all of which are expressly reserved.

A copy of this letter is being provided to James McClure ("McClure Guarantor"), who, pursuant to that certain Unconditional Guarantee dated October 25, 2022 (the "McClure Guaranty"), unconditionally guaranteed all indebtedness of Borrower under the Note.  Bank hereby gives notice to McClure Guarantor of the Defaults and demands payment from McClure Guarantor of the entire indebtedness due and owing under the Note.  Please contact the undersigned for an updated amount and itemization of the payoff.

A copy of this letter is also being provided ***solely for notice purposes*** to Jon Binzer and Brittney Binzer (the "Binzer Guarantors"), who, pursuant to those certain Unconditional Guarantee agreements executed by the Binzer Guarantors in favor of Bank dated October 25, 2022 (the "Binzer Guaranties"), unconditionally guaranteed all indebtedness of Borrower under the Note.  ***Nothing herein is, nor shall be construed as, an act to collect, assess or recover any claim against the Binzer Guarantors or to otherwise enforce Bank's claims against the Binzer Guarantors or property of the Binzer Guarantors that is now part of the Binzer Guarantors' bankruptcy estate (Bankr. N.D. of Alabama, Case No. 24-00215-TOM7).***

Notwithstanding the Defaults, and with full reservation of its rights and remedies, Bank may accept payments or partial payments on the Loan.  However, Bank is in no way waiving any past, present or future defaults and/or events of default, including, without limitation, the Defaults.  Moreover, Bank's acceptance of payments or partial payments on the Loan shall not constitute a waiver or release of any of the Bank's rights and remedies under the Loan Documents or applicable law, or otherwise establish any course of dealing to which Bank is bound now or in the future.

This letter is not an attempt to describe all defaults and/or events of default that may have occurred and remain outstanding under the Loan Documents, and any reference to the defaults mentioned herein shall in no way constitute, or be construed to be, a waiver of any of any other default which may now exist or hereafter arise under the Loan Documents.

Please also note that all discussions between Bank and Borrower regarding any potential forbearances or modifications to the Loan and Loan Documents are governed by the following terms:  (1) Bank is under no obligation to discuss, pursue or agree to any modifications, consents, waivers, or other indulgences under the Loan and Loan Documents; (2) Bank's participation in any such discussions or negotiations shall not constitute a waiver, consent, release or modification of any right or remedy under the Loan Documents, applicable law, and/or in equity, and shall not prevent Bank from exercising any right or remedy available to it; and (3) any agreement or other compromise, consent, release, waiver or modification of the Loan and Loan Documents shall not constitute a legally binding agreement or have any force or effect until reduced to writing and signed by Bank.

If you have any questions or comments, please do not hesitate to contact me.

Notice of Default, Demand for Payment and Reservation of Rights
February 21, 2024
Page 3

Sincerely,

Nolan Clark
Bradley Arant Boult Cummings LLP

Cc:     B&H Brands LLC
        1032 Willow Branch Trail
        Chelsea, Alabama 35043
        (Via Certified Mail, Return Receipt Requested,
        and US First Class Mail)

        B&H Brands LLC
        200 Cloverdale Circle
        Alabaster, Alabama 35007
        (Via Certified Mail, Return Receipt Requested,
        and US First Class Mail)

        James McClure
        22 Eddings Lane
        Alabaster, AL 35007
        jmcclure@JDog.com
        (Via Certified Mail, Return Receipt Requested,
        Email, and US First Class Mail)

        Jon Binzer
        625 Chelsea Station Circle
        Chelsea, Alabama 35043
        (Via Certified Mail, Return Receipt Requested,
        and US First Class Mail)

        Brittany Binzer
        625 Chelsea Station Circle
        Chelsea, Alabama 35043
        (Via Certified Mail, Return Receipt Requested,
        and US First Class Mail)

        Steven D. Altmann, Esq
        Bankruptcy Counsel for Jon Binzer and Brittany Binzer
        Email: steve@nomberglaw.com
        (Via Electronic Mail)

        U.S. Small Business Administration
        2 N. 20th St., Suite 325
        Birmingham, AL 35203
        (Via Certified Mail, Return Receipt Requested,
        and US First Class Mail)

        Parker Griffin (Via Email: pgriffin@bradley.com)