FILED
2024 Sep-25 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CADENCE BANK,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Case No.: 2:24-cv-374-ACA |
| | ] |
| **B&H BRANDS LLC, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## PARTIAL DEFAULT JUDGMENT

In compliance with the court's memorandum opinion and order (doc. 17), Cadence Bank submitted a supplemental filing stating the total amount of accrued, *per diem* interest from June 5, 2024 and September 20, 2024 based on a *per diem* rate of $89.2563875 (doc. 18). Since Cadence Bank's September 20, 2024 filing, additional interest in the amount of $446.28 has accrued. Accordingly, the court **ENTERS PARTIAL DEFAULT JUDGMENT** in favor of Cadence Bank and against B&H Brands on the breach of contract claim asserted in Count One (doc. 1 ¶¶ 23–27) in the following amounts: (1) $315,573.04 in unpaid principal, accrued interest, and late fees; and (2) $14,148.62 in attorneys' fees and costs.

Only Cadence Bank's breach of contract claim against Defendant James McClure remains in this case. (Count Two; doc. 1 ¶¶ 28–33). The

partial default judgment as to B&H Brands will have no effect on the stay of all proceedings against Mr. McClure under 11 U.S.C. § 362. (Doc. 12).

**DONE** and **ORDERED** this September 25, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE